**THE BARRY LAW FIRM**
David N. Barry, Esq. (SBN 219230)
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, TAMMY FRANKIE

**BOWMAN AND BROOKE LLP**
Brian Takahashi (SBN: 146505)
Marion V. Mauch (SBN: 253672)
Theodore Dorenkamp III (SBN: 277004)
Colin P. Cronin (SBN: 325644)
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: 310.768.3068
Fax: 310.719.1019

Attorneys for Defendant, FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION | Case No. 2:18-ml-02814-AB-FFM<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| THIS DOCUMENT RELATES TO:<br>Tammy Frankie, an individual v. Ford Motor Company, Central District of California, Case No 5:20-cv-00291 -AB-FFM | |

    Plaintiff Tammy Frankie and Ford Motor Company by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

    1. WHEREAS plaintiff intends to seek class member benefits under the

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

arbitration program established by the Vargas settlement.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each side to be responsible for and bear their own costs, expenses, and attorney's fees.

**<u>IT IS SO STIPULATED.</u>**

DATED:  November 24, 2020     THE BARRY LAW FIRM

By:   */s/ David N. Barry*
David N. Barry
Attorney for Plaintiff,
Tammy Frankie

DATED:  November 24, 2020     BOWMAN AND BROOKE LLP

By:   */s/ Theodore Dorenkamp III*
Brian Takahashi
Marion V. Mauch
Theodore Dorenkamp III
Colin P. Cronin
Attorney for Defendant,
FORD MOTOR COMPANY

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                              _/s/ David N. Barry_
                                              David N. Barry
                                              Attorney for Plaintiff,
                                              TAMMY FRANKIE